1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Defendant
   Department of Veterans Affairs
6

7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 DARRELL SMITH,                        )   Case No. 2:07-CV-00164-DFL-KJM (PS)
                                          )
13                Plaintiff,              )   ORDER GRANTING DEFENDANT'S *EX
                                          )   PARTE* APPLICATION FOR EXTENSION OF
14        v.                              )   TIME TO RESPOND TO COMPLAINT
                                          )
15 DEPARTMENT OF VETERANS                 )
   AFFAIRS,                               )
16                                        )
                  Defendant.              )
17 _____)

18        For good cause shown, defendant Department of Veterans Affairs' *ex parte* application for

19 extension of time to respond to plaintiff's complaint, filed January 25, 2007, is hereby APPROVED.

20 Defendant's deadline is extended to March 26, 2007.

21        IT IS SO ORDERED.

22

23 DATED: January 26, 2007.

24

25                                                  _____
26                                                  U.S. MAGISTRATE JUDGE

27

28

Order Granting Defendant's *Ex Parte* Application for
Extension of Time to Respond to Complaint         1