IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL SMITH,

      Plaintiff,                                   No. CIV S-07-0164 RRB KJM PS

      vs.

DEPARTMENT OF VETERANS AFFAIRS,                     <u>FINDINGS AND RECOMMENDATIONS</u>

      Defendant.

_____/

      Defendant's motion to dismiss is pending before the court. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

      Defendant moves to dismiss on the ground this court lacks jurisdiction to hear plaintiff's claim for breach of contract for failure to pay plaintiff VA education benefits. Defendant is correct. This court lacks jurisdiction to review veteran benefit determinations. 38 U.S.C. § 511(a). The Veterans' Judicial Review Act provides the exclusive review procedure to appeal benefit determinations; federal court review is limited to the United States Court of Appeals for the Federal Circuit. <u>Zuspann v. Brown</u>, 60 F.3d 1156, 1158-59 (5th Cir. 1995); <u>see also Hicks v. Small</u>, 69 F.3d 967, 969-70 (9th Cir. 1995) (state law claims arising out of decision

/////

1

1 to reduce benefits precluded by § 511(a)).  As such, this court lacks jurisdiction over plaintiff's
2 claim.

3       Accordingly, IT IS HEREBY RECOMMENDED that defendant's motion to
4 dismiss be granted and this action dismissed.

5       These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
7 twenty days after being served with these findings and recommendations, any party may file
8 written objections with the court and serve a copy on all parties.  Such a document should be
9 captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the
10 objections shall be served and filed within ten days after service of the objections.  The parties
11 are advised that failure to file objections within the specified time may waive the right to appeal
12 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: September 11, 2007.

14
  006
15   smith-va.57

_____
U.S. MAGISTRATE JUDGE